PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Thomas Giaimo                     Cr.: 10-00675-001
                                                    PACTS #: 57698

Name of Sentencing Judicial Officer: The Honorable Susan D. Wigenton

Date of Original Sentence: 05/10/12

Original Offense: Conspiracy to Distribute Oxycodone

Original Sentence: Five years probation with special conditions of drug testing and treatment, mental health treatment, and DNA collection

Type of Supervision: Probation                      Date Supervision Commenced: 05/10/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On June 16, 2013, Caldwell police arrested the offender for being in possession of three small bags of marijuana. The marijuana weighed less than 50 grams and is a disorderly persons offense. The offender was also arrested for possession of drug paraphernalia, specifically, two pipes. A court date is scheduled for June 24, 2013 in Caldwell Municipal Court. |

U.S. Probation Officer Action:

We request no action be taken until the pending case is adjudicated. The offender will enroll himself in treatment at the COPE drug program in Montclair, NJ. He has also been directed to attend (Narcotics Anonymous) NA meetings. We will advise the Court of the outcome of the pending case, and any additional instances of noncompliance.

Respectfully submitted,

By: Kellyanne Kelly
    Senior U.S. Probation Officer
Date: 06/20/13

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

June 24, 2013
Date